UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS | : | CASE NO. 3:02-cv-02126-RNC |
| ENTERTAINMENT I, LLC d/b/a | : | |
| CHARTER COMMUNICATIONS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **APPEARANCE** |
| v. | : | |
| | : | |
| JAMES A. WHITEHOUSE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications.

Dated:  Mineola, New York
         September 14, 2007

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By:      /s/ Patrick J. Sullivan
         Patrick J. Sullivan (ct26167)
         92 Willis Avenue, Second Floor
         Mineola, New York  11501
         Phone: (516) 342-1248
         Fax:    (516) 747-9405
         e-mail: lawofficespjs1@optonline.net

         Local Office Pursuant to Local Civil Rule 83.1(c):

         Joseph M. Tobin, Esq.
         Tobin & Melien
         45 Court Street
         New Haven, CT  06511
         Phone:  (203) 777-6660
         Fax:      (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District

Court for the District of Connecticut, certifies that the following is true and correct:

1.     On September 14, 2007, I served a copy of the foregoing Appearance upon the defendant by first class postage prepaid mail to the address set forth below:

James A. Whitehouse
234 Bedlam Road
Chaplin, CT  06235

2.     On September 14, 2007, I caused to be served by e-mail a copy of the foregoing Appearance to the attorney set forth below as follows:

Ryan Mihalic, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT  06103-3469
rmihalic@murthalaw.com

Dated:  Mineola, New York
          September 14, 2007

/s/ Patrick J. Sullivan
 **PATRICK J. SULLIVAN (ct26167)**