UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | : <br> : <br> :  Civil Action <br> :  No. 3:02-cv-02126-RNC |
| Plaintiff, | : |
| v. | : <br> : |
| JAMES A. WHITEHOUSE, | :  SEPTEMBER 27, 2007 |
| Defendant. | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

September 28, 2007. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.